IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
*PENSACOLA DIVISION*

THERENCE W. CROOKS,
FDOC Inmate # P38032,
    Plaintiff,

vs.                          Case No.: 3:16cv534/LAC/EMT

JULIE JONES, et al.,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 3, 2016 (ECF No. 11). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Preliminary Injunction and/or Protection Order (ECF No. 6) is **DENIED**.

**DONE AND ORDERED** this 17th day of November, 2016.

           *s/L.A. Collier*
           **LACEY A. COLLIER**
           **SENIOR UNITED STATES DISTRICT JUDGE**